**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| CHARLES CALVIN MUCKLE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:12-CV-61-RWS |
| JOEL H. ROBINSON, JOHN W. BRAY, GLENN AGUILAR, C. GILES, T. ZELLARS, BARROW COUNTY, and BARROW COUNTY SHERIFF DEPARTMENT, | : : : : : : | |
| | : | |
| Defendants. | : | |

**ORDER**

This matter is before the court on Defendants' Motion to Compel Disclosures and Discovery [18] and Defendants' Motion to Take Deposition from Plaintiff [19]. Plaintiff has not responded to these motions. Under Local Rule 7.1B, failure to file a response indicates there is no opposition to the motion. As such, Defendants' Motions [18 and 19] are **GRANTED**.

Plaintiff is **ORDERED** to file his initial disclosures and serve his discovery responses within fourteen days of the docketing of this order. Also, Defendants are granted leave to depose Plaintiff despite his status as an

incarcerated person, and such deposition may be taken outside of the discovery period.

The Court also finds that Defendants are entitled to attorney's fees and costs in filing the Motion to Compel.  Defendants are **ORDERED** to submit an itemized list of expenses incurred within fourteen days of the docketing of this order.

**SO ORDERED**, this   6th   day of August, 2013.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)